IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAIM SARWAR, Individually,

    Plaintiff,

v.

                                      Case No.: 3:20-cv-11975-MGM

N & N HOSPITALITY, INC., a
Massachusetts Corporation,

    Defendant.
_____/

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF

By: /s/John A. Curseaden, Esq.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| John A. Curseaden, Esq.<br>Curseaden Law Office<br>301 Littleton Road #705<br>Westford, MA 01886<br>Telephone: (978) 267-7656<br>E-mail: curseadenlaw@gmail.com<br>BBO #562737 | Edward N. Garno, Esq.<br>P.O. Box 643<br>Lowell, MA 01853<br>Telephone: (978) 397-2400<br>E-mail: nedgarno@hotmail.com<br>BBO #564378 |

FOR THE DEFENDANT

By: /s/Edward N. Garno, Esq.